UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHARM KOSIN, as the personal representative of the Estate of Marvin H. Kosin, Jr., deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:17 CV 2435 CDP |
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

Defendant served its written discovery on plaintiff in November 2017. Plaintiff never responded by way of answer or objection despite defendant's repeated requests in January, February, and early March 2018. Plaintiff has now failed to respond to defendant's motion to compel, and the time to do so has passed. I will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Union Pacific Railroad Company's Motion to Compel [32] is **GRANTED**.

**IT IS FURTHER ORDERED** that **within ten (10) days of the date of this Order**, plaintiff Charm Kosin shall answer all interrogatories fully, under oath; produce all documents requested; and serve upon defendant a certification that she

has fully complied with Fed. R. Civ. P. 34 in her production. All objections to the propounded interrogatories and requests for production are waived.

**IT IS FURTHER ORDERED** that plaintiff shall pay defendant its reasonable attorney's fees in preparing and filing its motion to compel.

**Failure to comply with this Order will, if requested, result in the entry of sanctions which could include, if requested and among other things, dismissal of the case with prejudice.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of April, 2018.